IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02988-RTG
(**The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may delay the consideration of your claims.**)

GARIBALDI RODRIGUEZ BRYAN,

     Petitioner,

v.

JUAN BALTAZAR, Director of Detention Center,
ROBERT HAGAN, Director of Local ICE Office, and
TODD LYONS, ICE Director,

     Respondents.

---

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

Petitioner Garibaldi Rodriguez Bryan is a federal immigration detainee at the ICE Aurora Contract Detention Facility in Aurora, Colorado. Petitioner has filed *pro se* a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 and paid the required filing fee. (ECF No. 1).[1] Accordingly, this habeas corpus action was opened.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court finds one or more filings deficient (or not submitted) as described in this order. Therefore, Petitioner is directed to cure the following deficiencies to pursue any claims in this

---

1 "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system.

action. Any papers that Petitioner files in response to this order must be labeled with the

civil action number provided on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  X     is not submitted
(2)  __     is missing affidavit
(3)  __     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  X     is missing certificate showing current balance in prison account
(5)  __     is missing required financial information
(6)  __     is missing authorization to calculate and disburse filing fee payments
(7)  __     is missing an original signature by the prisoner
(8)  __     is not on proper form (must use the court's current form Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action)
(9)  __     names in caption do not match names in caption of complaint, petition or habeas application
(10)  X     other:
   - In the alternative, Petitioner may pay the $5.00 filing fee.
   - Petitioner has submitted a "Detainee Property Release Form" (ECF No. 1-2) but the Court has not received payment.

**Complaint, Petition or Application**:
(11)  __     is not submitted
(12)  __     is not on proper form
(13)  __     is missing an original signature by the prisoner
(14)  __     is missing page nos.
(15)  __     uses et al. instead of listing all parties in caption
(16)  __     names in caption do not match names in text
(17)  __     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  __     other:

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**. Any papers that Petitioner files in response to

this order must include the civil action number provided at the top of this order. It is

2

FURTHER ORDERED that the Petitioner shall either pay the $5.00 filing fee or submit the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action form, along with the required information. Petitioner can obtain court-approved forms and instructions (with the assistance of a case manager or the facility's legal assistant) at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Petitioner fails to cure all designated deficiencies within the time allowed, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED July 9, 2026.

BY THE COURT:

_Richard T. Gurley_

_____

Richard T. Gurley
United States Magistrate Judge